An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
STEVEN CRAIG COOK,
Respondent.

No. 62407

FILED

MAR 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to suppress evidence. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge. Appellant has filed a motion to dismiss this appeal. Cause appearing, the motion is granted and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Steve L. Dobrescu, District Judge
Attorney General/Carson City
White Pine County District Attorney
State Public Defender/Ely
State Public Defender/Carson City
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07612